DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO CHOROT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2926

[February 5, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. 11-013639 CF10A.

Mario Chorot, Okeechobee, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Shepard v. State*, 259 So. 3d 701, 706-07 (Fla. 2018).

DAMOORGIAN, GERBER and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***